IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JACQUELINE THOMAS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.: 2:17-cv-00697-GMB |
| | ) | |
| **BURLINGTON COAT FACTORY** | ) | |
| **WAREHOUSE CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

# FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, Jacqueline Thomas, by and through her counsel of record, and pursuant to Rule 15(a)2 of the *Federal Rules of Civil Procedure*, amends her Complaint to name Burlington Coat Factory Warehouse Corporation as Defendant in place of all other named defendants. The Plaintiff would show unto this Honorable Court that the Defendant does not have any objection to this amendment and Plaintiff has received written consent of the Defendant. See attached Exhibit A.

Wherefore, these premises considered, the Plaintiff, Jacqueline Thomas, amends her Complaint to name Burlington Coat Factory Warehouse Corporation as Defendant.

/s/ Michael L. White
MICHAEL L. WHITE (ASB-4263-W86M)
Attorney for Plaintiff,
*Jacqueline Thomas*

OF COUNSEL:

Floyd, Hunter, Kies & White, P.C.
P.O. Drawer 1227
Millbrook, Alabama 36054
Telephone:	(334) 285-4488
Facsimile:	(334) 285-4552
E-mail:	mwhite@floydhunter.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed and served a copy of the foregoing document via CM/ECF on this the 23rd day of March, 2018 upon all interested parties.

/s/ Michael L. White
OF COUNSEL